FILED
CLERK, U.S. DISTRICT COURT
NOV - 3 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 11-0876-JAK |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Juan Garcia, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District/California** for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release) and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **undocumented alien status, no known bail resources**

1 | <u>unknown background and community ties, use of</u>
2 | <u>dozens of aliases</u>

4 | (and)/or
5 | B. (X) The defendant has not met (his)/her burden of establishing by
6 | clear and convincing evidence that (he)/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: <u>lengthy criminal history, some involving weapons,</u>
10 | <u>prior violations</u>

14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.

17 | Dated: <u>11/3/2017</u>    /s/ Jean Rosenbluth
18 | JEAN ROSENBLUTH
   | U.S. MAGISTRATE JUDGE